FRED LAPP, Appellant, *v.* CORA LAPP, Respondent.

Submitted April 21, 1941; decided April 24, 1941.

*Victor D. Borst, Jr.,* and *Christian S. Lorentzen* for motion.

*Frederick W. Ritter* and *Charles H. Wald* opposed.

Motion denied upon the ground that an appeal lies as of right.